# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00506-CR

**Sean Christopher Castrejana, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2021-006E, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant's brief was originally due December 19, 2025. This Court has granted counsel four motions requesting an extension of time to file his brief, and in granting the fourth motion, this Court ordered counsel to file a brief no later than April 22, 2026. We informed counsel that no further extension of time would be granted and that failure to comply with the order would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. Rather than comply with this Court's order, counsel has filed a fifth motion for extension of time, requesting an additional forty-five days to file appellant's brief.

We deny the motion. The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal

and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 1, 2026. *See id.* R. 38.8(b)(3).

It is so ordered April 30, 2026.


Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed: April 30, 2026

Do Not Publish